DISMISS; Opinion filed November 16, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00048-CV

**WORLDWIDE EXPRESS OPERATIONS, LLC
D/B/A WORLDWIDE EXPRESS, Appellant**

**V.**

**DHL EXPRESS (USA), INC., Appellee**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-15314**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion By Justice Lang

Before the Court is the parties' agreed motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

DOUGLAS S. LANG
JUSTICE

120048F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WORLDWIDE EXPRESS OPERATIONS, LLC D/B/A WORLDWIDE EXPRESS, Appellant

No. 05-12-00048-CV     V.

DHL EXPRESS (USA), INC., Appellee

Appeal from the 192nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-08-15314).
Opinion delivered by Justice Lang, Justices Moseley and Francis, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered November 16, 2012.

DOUGLAS S. LANG
JUSTICE